**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6273**

---

LEO BRANDON FARNSWORTH,

            Plaintiff - Appellant,

        v.

RALPH S. NORTHAM; BRIAN MORAN; HAROLD W. CLARKE; MELVIN C. DAVIS,

            Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:21-cv-00463-MFU-JCH)

---

Submitted:  September 30, 2025                    Decided:  October 30, 2025

---

Before NIEMEYER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Leo Brandon Farnsworth, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Brandon Farnsworth appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss and dismissing Farnsworth's 42 U.S.C. § 1983 action. Limiting our review to the issues raised in Farnsworth's informal brief, we have reviewed the record and discern no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Farnsworth v. Northam*, No. 7:21-cv-00463-MFU-JCH (W.D. Va. Mar. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*